IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC PONDER,       : | |
|     Plaintiff       : | |
| : | No. 1:21-cv-00718 |
| v.       : | |
| : | (Judge Kane) |
| SCOTT FINLEY, et al.,       : | |
|     Defendants       : | |

## ORDER

**AND NOW**, on this 21st day of April 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). This dismissal is **WITHOUT PREJUDICE** to Plaintiff's right to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 raising his Eighth Amendment claims seeking home confinement based upon the COVID-19 pandemic;

2. The Clerk of Court is directed to mail Plaintiff this Court's form used for seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241;

3. The Financial Administrator for the United States District Court for the Middle District of Pennsylvania is directed to issue Plaintiff a refund in the amount of $402.00; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                               s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania